## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Mary Bergman, et al.

          Plaintiff,

v.                  Case No.: 1:21−cv−06315
                 Honorable Sara L. Ellis

Glanbia Performance Nutrition, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 27, 2022:

  MINUTE entry before the Honorable Sara L. Ellis: Pursuant to notice of voluntary dismissal [39] this action is dismissed without prejudice. Each party shall bear its own costs and attorneys' fees, and waives any right of appeal. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.