**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARY BERGMAN and ANDREW MERCATANTE, individually and on behalf of all others similarly situated, | ) ) Case No.: 1:21-cv-06315 ) ) Hon. Sara L. Ellis ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GLANBIA PERFORMANCE NUTRITION, INC., | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO RULE 41(a)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Mary Bergman and Andrew Mercatante (collectively, "Plaintiffs"), by and through their undersigned counsel of record, hereby dismiss their claims against Defendant Glanbia Performance Nutrition, Inc. d/b/a think! ("Defendant" or "Glanbia") **with prejudice**. Each party shall bear its own costs and attorneys' fees, and waives any right of appeal.

Dated: October 7, 2022

Respectfully submitted,

By: */s/ Carl V. Malmstrom*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (*Pro Hac Vice Forthcoming*)
Sean L. Litteral (*Pro Hac Vice Forthcoming*)
Julia K. Venditti (*Pro Hac Vice Forthcoming*)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
slitteral@bursor.com
jvenditti@bursor.com

1

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Fax: (212) 686-0114
Email: malmstrom@whafh.com

*Attorneys for Plaintiffs and the Putative Class*